# TRAINOR · ROBERTSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700

TELEPHONE
(916) 929-7000

FACSIMILE
(916) 929-7111

WWW.TRAINORROBERTSON.COM

CHARLES W. TRAINOR
WILLIAM H. DAVIS
JOHN D. FAIRBROOK
ANTHONY A. AROSTEGUI
COLBY A. CAMPBELL
CANDICE B. HARPER
GARY M. FUNAMURA
NANCY HOTCHKISS
LISA L. DITORA
JENNIFER L. PRUSKI
KATHERINE J. HART
ELANA M. RIBMAN
DANIEL M. STEINBERG
SYLVIA K. HAMERSLEY
DENISE L. DONOVAN

OF COUNSEL
ROBERT K. BEST

June 6, 2005



IT IS SO ORDERED
Magistrate Judge James Larson

FACSIMILE AND E-FILE
(415) 522-2140

The Honorable James Larson
United States Chief Magistrate Judge
United States District Court, Northern District
450 Golden Gate Avenue, Courtroom F
San Francisco, California  94102

    Re: Federal Agricultural Mortgage Corporation v. It's A Jungle Out There
       U.S. District Court Case No. C 03 3721 VRW
       Mandatory Settlement Conference - June 14, 2005

Dear Judge Larson:

  This office represents the Plaintiff/Counter-Defendant Federal Agricultural Mortgage Corporation and Counter-Defendant/Third Party-Defendant Zions First National Bank in connection with the above-referenced matter.

  I am writing with respect to the Mandatory Settlement Conference currently scheduled to occur on June 14, 2005 at 10:00 a.m.  On April 14, 2005, all counsel to this action participated in a telephone scheduling conference wherein dates were selected for the depositions of employees of Farmer Mac in Washington D.C., including during the week of June 13th. Thereafter, the parties received notice of the Mandatory Settlement Conference scheduled to occur on June 14, 2005, thereby conflicting with the Farmer Mac depositions previously scheduled to take place in Washington, D.C. during the week of June 13, 2005.

The Honorable James Larson
Re: Federal Agricultural Mortgage Corporation v. It's A Jungle Out There, Inc., et al.,
and Related Cross-Actions; U.S. District Court Case No. C 03 3721 VRW
June 6, 2005
Page 2

      Since receiving notification of the conflicting Mandatory Settlement Conference, counsel for Farmer Mac has contacted the Court a number of times to obtain alternative dates and to present those alternative dates to opposing counsel and their clients. Unfortunately, given the number of parties involved, it appears that there is only one date available to the Court for which all counsel are also available, which is July 13, 2005 at 10:00 a.m. Counsel for Stewart Title has indicated that while they are available on July 13th, that their client's representative can only be available by telephone on that date. (See Letter dated June 2, 2005 from Mr. Alborg). All counsel have indicated their agreement to allow Stewart Title to attend the Mandatory Settlement Conference by telephone should this be acceptable to the Court. (See Letter dated June 2, 2005 from Mr. Carey; Letter dated June 2, 2005 from Mr. Bardellini.) For the Court's reference, Stewart Title is a relatively minor party to this action, named solely as a Third-Party Defendant in connection with a complaint for indemnity brought by Defendants/Third Party-Plaintiffs, It's A Jungle Out There dba Vintage Capital and Robert and Ami Cheri Hower.

      In light of the foregoing, it is respectfully requested that the June 14, 2005 Mandatory Settlement Conference be rescheduled to occur on July 13, 2005 at 10:00 a.m., and that the representative of Stewart Title be allowed to appear via telephone.

      Thank you for your time and consideration of this request.

Very truly yours,

*Elana M. Ribman*
Elana M. Ribman

EMR:dva
Enclosures
cc: John E. Carey, Esquire
    Lee P. Bardellini, Esquire
    Mark D. Epstein, Esquire
3919002.339972