# TRAINOR · ROBERTSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700

CHARLES W. TRAINOR
WILLIAM H. DAVIS
JOHN D. FAIRBROOK
ANTHONY A. AROSTEGUI
COLBY A. CAMPBELL
CANDICE B. HARPER
GARY M. FUNAMURA
NANCY HOTCHKISS
LISA L. DITORA
JENNIFER L. PRUSKI
KATHERINE J. HART
ELANA M. RIBMAN
DANIEL M. STEINBERG
SYLVIA K. HAMERSLEY
DENISE L. DONOVAN

OF COUNSEL
ROBERT K. BEST

TELEPHONE
(916) 929-7000

FACSIMILE
(916) 929-7111

WWW.TRAINORROBERTSON.COM

June 13, 2005



IT IS SO ORDERED
Magistrate Judge James Larson

E-FILE

The Honorable James Larson
United States Chief Magistrate Judge
United States District Court, Northern District
450 Golden Gate Avenue, Courtroom F
San Francisco, California 94102

Re: Federal Agricultural Mortgage Corporation v. It's A Jungle Out There
U.S. District Court Case No. C 03 3721 VRW

Dear Judge Larson:

This office represents Plaintiff/Counter-Defendant Federal Agricultural Mortgage Corporation and Counter-Defendant/Third Party-Defendant Zions First National Bank in connection with the above-referenced matter.

This letter is to confirm that the Court has graciously agreed to continue the Settlement Conference previously scheduled for June 14, 2005, to July 15, 2005 at 10:00 a.m. This will further confirm that a representative from Third-Party Defendant, Stewart Title Guaranty Company, may appear at the foregoing Settlement Conference via telephone.

Thank you for your courtesy and cooperation with respect to this matter.

Very truly yours,

Elana M. Ribman

EMR/dva
cc: John E. Carey, Esquire
    Lee P. Bardellini, Esquire
    Mark D. Epstein, Esquire
3919002.341128