IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL AGRICULTURAL MORTGAGE CORPORATION,** | No C-03-3721 VRW |
| Plaintiff | ORDER |
| v | |
| **IT'S A JUNGLE OUT THERE, INC,** | |
| Defendant. | |

Pursuant to a telephone conference held on August 3, 2005, the court has inspected in camera a document that has become the subject of a discovery dispute. In order to aid the court in its determination, the parties are invited to submit concise briefs addressing (1) whether the document in dispute is subject to the attorney-client privilege, and (2) if the attorney-client privilege applies, whether the privilege has been waived.

Briefing shall not exceed ten pages from each party, and shall be filed with the court by September 2, 2005, at 10:00 am. The court will hear arguments on the privilege issue along with other

pending motions on September 8, 2005, at 2:00 pm.

    IT IS SO ORDERED.

_____
**VAUGHN R WALKER**

**United States District Chief Judge**