TRAINOR ROBERTSON
JOHN D. FAIRBROOK (SBN 105115)
NANCY HOTCHKISS (SBN 107692)
ELANA M. RIBMAN (SBN 194359)
701 University Avenue, Suite 200
Sacramento, California 95825-6700
Telephone: (916) 929-7000
dva:3919.002.324154

Attorneys for FEDERAL AGRICULTURAL MORTGAGE CORPORATION, and ZIONS FIRST NATIONAL BANK

WILD, CAREY & FIFE
JOHN E. CAREY, JR. (SBN 065388)
120 Montgomery Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 837-3101

Attorneys for IT'S A JUNGLE OUT THERE, INC., dba VINTAGE CAPITAL, ROBERT LEE HOWER and AMI CHERI HOWER

BARDELLINI, STRAW & CAVIN
LEE P. BARDELLINI (SBN 53108)
3160 Crow Canyon Road, Suite 295
San Ramon, California 94583
Telephone: (925) 277-3580
Attorneys for NEW CENTURY TITLE COMPANY

ALBORG VEILUVA & EPSTEIN, LLP
MARK D. EPSTEIN (SBN 168221)
200 Pringle Avenue, Suite 410
Walnut Creek, California 94596
Telephone: (925) 939-9880

Attorneys for STEWART TITLE GUARANTY COMPANY

E-Filing

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL AGRICULTURAL MORTGAGE CORPORATION,

Plaintiff,

v.

IT'S A JUNGLE OUT THERE, INC., a California corporation, dba VINTAGE CAPITAL; ROBERT LEE HOWER and AMI CHERI HOWER, individuals,

Defendants.

AND RELATED CROSS-ACTIONS

Case No. C 03-03721 VRW

**JOINT STIPULATION REGARDING DEPOSITIONS AFTER DISCOVERY CUTOFF DATE**

COMES NOW, FEDERAL AGRICULTURAL MORTGAGE CORPORATION, IT'S A JUNGLE OUT THERE, INC., dba VINTAGE CAPITAL, ROBERT LEE HOWER and AMI CHERI HOWER, STEWART TITLE GUARANTY COMPANY, NEW CENTURY TITLE COMPANY and ZIONS FIRST NATIONAL BANK, by and through their attorneys of record, and hereby stipulate as follows:

**STIPULATION**

On August 2, 2005, at the request of IT'S A JUNGLE OUT THERE, INC., dba VINTAGE CAPITAL, ROBERT LEE HOWER and AMI CHERI HOWER, the Court ordered the production of certain deponents by FEDERAL AGRICULTURAL MORTGAGE CORPORATION and ZIONS FIRST NATIONAL BANK, for depositions to be completed before the pending discovery cut-off date of August 31, 2005. These depositions include that of five witnesses, specifically, Michael Morris, Tom Stenson, Mark Rickels, Rod Avey and Ray Flickner. Due to the out of state residence of each of these deponents, the calendars of these witnesses, as well as the calendars of counsel in this case, the parties have agreed, subject to the Court's approval, that the depositions of Michael Morris and Tom Stenson in Washington, D.C. may on September 1, 2005 and September 2, 2005, notwithstanding the current discovery cut-off date of August 31, 2005. Additionally, the deposition of the fifth and remaining witness to be scheduled pursuant to the Court's Order, Mr. Ray Flickner (a resident of Kansas), is presently being coordinated, and it is respectfully requested by all parties that the Court permit Mr. Flicker's deposition to be excepted from the August 31, 2005 discovery cut-off date.

Dated: August 25, 2005

Respectfully submitted,

TRAINOR ROBERTSON

By: Elana M. Ribman
ELANA M. RIBMAN
Attorneys for FEDERAL AGRICULTURAL MORTGAGE CORPORATION and ZIONS FIRST NATIONAL BANK

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

AUG-19-2005 FRI 06:05 PM BARDELLINI,STRAW& CAVIN FAX NO. 9252773591 P. 02
08/17/2005 13:13 FAX 005/005

Dated: August ____, 2005

Respectfully submitted,

WILD, CAREY & FIFE

By: ______________________
JOHN E. CAREY, JR.
Attorneys for IT'S A JUNGLE OUT THERE, INC., dba VINTAGE CAPITAL; ROBERT LEE HOWER and AMI CHERI HOWER

Dated: August 19, 2005

Respectfully submitted,

BARDELLINI, STRAW & CAVIN

By: [signature]
LEE P. BARDELLINI
Attorneys for NEW CENTURY TITLE COMPANY

Dated: August ____, 2005

Respectfully submitted,

ALBORG VEILUVA & EPSTEIN, LLP

By: ______________________
MARK D. EPSTEIN
Attorneys for STEWART TITLE GUARANTY COMPANY

**ORDER**

APPROVED AND SO ORDERED.

Dated: ______________, 2005

______________________
HONORABLE VAUGHN R. WALKER
United States District Court Chief Judge

JOINT STIPULATION REGARDING DEPOSITIONS AFTER DISCOVERY CUTOFF DATE [C 03-03721 VRW] -2-

TRAINOR ROBERTSON
Attorneys at Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6720
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

08/19/2005 FRI 18:12 [TX/RX NO 9515] 002

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

Dated: August 17, 2005

Respectfully submitted,

WILD, CAREY & FIFE

By: ______________________
JOHN E. CAREY, JR.
Attorneys for IT'S A JUNGLE OUT THERE, INC., dba VINTAGE CAPITAL; ROBERT LEE HOWER and AMI CHERI HOWER

Dated: August _____, 2005

Respectfully submitted,

BARDELLINI, STRAW & CAVIN

By: ______________________
LEE P. BARDELLINI
Attorneys for NEW CENTURY TITLE COMPANY

Dated: August _____, 2005

Respectfully submitted,

ALBORG VEILUVA & EPSTEIN, LLP

By: ______________________
MARK D. EPSTEIN
Attorneys for STEWART TITLE GUARANTY COMPANY

**ORDER**

APPROVED AND SO ORDERED.

Dated: ______________, 2005

______________________
HONORABLE VAUGHN R. WALKER
United States District Court Chief Judge

RECEIVED TIME AUG. 17. 1:21PM

08/17/2005 WED 13:45 [TX/RX NO 6349] 002