IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL, | No. CV 03-03721 VRW |
| Plaintiff, | **ORDER GRANTING STIPULATION** |
| v. | |
| IT'S A JUNGLE OUT THERE, | |
| Defendant. | |

The stipulation filed in the above captioned case is **GRANTED.** The parties pretrial papers shall be filed no later than October 11, 2005.

**IT IS SO ORDERED**

Dated: September 22, 2005

VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE