UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEGERAL AGRICULTURAL MORTGAGE CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br><br> Defendant(s). <br><br> IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br><br> Counter-claimants, <br><br> v. <br><br> FEDERAL AGRICULTURAL MORTGAGE CORP., <br><br> Counter-claimants. | No. C 03-3721 VRW (BZ) <br><br> **PRETRIAL ORDER** |

In light of the parties' failure to comply with the pretrial scheduling order, **IT IS HEREBY ORDERED** that the parties shall meet and confer in person on **December 22, 2005, at 8:30 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties should be prepared to meet and confer until they can

1

comply fully with their pretrial obligations as listed in my Order Scheduling Jury Trial and Pretrial Matters dated November 10, 2005.

Dated: December 19, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\PRETRIAL.ORDER.wpd