UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL AGRICULTURAL MORTGAGE CORP., | ) ) | |
|---|---|---|
| Plaintiff(s), | ) ) ) | No. C 03-3721 BZ |
| v. | ) ) | |
| IT'S A JUNGLE OUT THERE , INC dba VINTAGE CAPITAL, et al., | ) ) ) ) | **JOINTLY REQUESTED INSTRUCTIONS** |
| Defendant(s). | ) ) | |
| IT'S A JUNGLE OUT THERE , INC dba VINTAGE CAPITAL, et al., | ) ) ) | |
| Counter-claimants, | ) | |
| v. | ) ) | |
| FEDERAL AGRICULTURAL MORTGAGE CORP., | ) ) ) | |
| Counter-defendants. | ) ) | |

Since it is not clear from the record which jury instructions the parties are currently requesting, attached are what the court understands to be all the jury instructions which the parties have jointly requested. The numbers on the specially proposed instructions were added by

1

1  the court, since the versions the court received were not

2  numbered

3  Dated:  December 27, 2005

4                            Bernard Zimmerman

5                        United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17  G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\PRETRIAL\jointcourt.wpd

18

19

20

21

22

23

24

25

26

27

28

2

1  JOHN E. CAREY, JR. (SBN 065388)
   SUSAN A. BUSH (SBN 110906)
2  WILD, CAREY & FIFE
   120 Montgomery Street, Suite 1000
3  San Francisco, CA 94104-4313
   Telephone: (415) 837-3101
4  Facsimile: (415) 837-3111
   Attorneys for Defendants/Counterclaimants
5  IT'S A JUNGLE OUT THERE, INC.,
   ROBERT LEE HOWER and AMI CHERI HOWER
6
   TRAINOR ROBERTSON
7  JOHN D. FAIRBROOK (SBN 105115)
   ELANA M. RIBMAN (SBN 194359)
8  Post Office Box 2555824
   Sacramento, CA 95865
9  Telephone: (916) 929-7000
   Facsimile: (916) 929-7111

RECEIVED

DEC 2 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  FEDERAL AGRICULTURAL MORTGAGE          )   Case No. C-03-3721 VRW
    CORPORATION,                           )
14                                         )
                                           )
15          Plaintiffs,                    )   **JOINT PROPOSED NINTH**
                                           )   **CIRCUIT MODEL JURY**
16  v.                                     )   **INSTRUCTIONS**
                                           )
17  IT'S A JUNGLE OUT THERE, INC., a       )
    California corporation, dba VINTAGE    )
18  CAPITAL; ROBERT LEE HOWER and AMI      )
    CHERI HOWER, individuals,              )
19                                         )
            Defendants.                    )
20  _____       )
                                           )
21  IT'S A JUNGLE OUT THERE, INC., a       )
    California corporation, dba VINTAGE    )
22  CAPITAL; ROBERT LEE HOWER and AMI      )
    CHERI HOWER,                           )
23              Counterclaimants,          )
    v.                                     )
24  FEDERAL AGRICULTURAL MORTGAGE          )
    CORPORATION, RAM INVESTMENTS,          )
25  LLC; KULWINDER ('CALVIN") S. SIDHU,    )
    DEVINDER ("DAVID") S. SIDHU,           )
26  JARNAIL SINGH, ZIONS NATIONAL          )
    BANK,                                  )
27                                         )
            Counter defendants.            )
28  _____       )

The parties jointly propose using at trial the following instructions contained in the Ninth Circuit Model Jury Instructions (2001 Ed.):

**Preliminary Instructions:**

| | |
|---|---|
| 1.1 | 1.9 |
| 1.3 | 1.10 |
| 1.4 | 1.11 |
| 1.5 | 1.12 |
| 1.6 | 1.13 |
| 1.7 | 1.14 |
| 1.8 | |

**Instructions- During Trial:**

2.1
2.2
2.6
2.10
2.13

**Instructions- At End of Case:**

| | |
|---|---|
| 3.1 | 3.9 |
| 3.2 | 3.10 |
| 3.3 | 3.11 |
| 3.5 | |
| 3.6 | |
| 3.7 | |

**Concluding Instructions- Jury Deliberation:**

| | |
|---|---|
| 4.1 | 4.5 |
| 4.2 | 4.6 |
| 4.3 | 4.4 |

**Burdens of Proof:**

5.1
5.2
5.3

**Vicarious Liability; Independent Contractors:**

| | |
|---|---|
| 6.1 | 6.4 |
| 6.2 | 6.5 |

**Damages:**
        7.1
        7.3
        7.5

Dated: December 22, 2005        WILD, CAREY & FIFE

By _____
     JOHN E. CAREY
     Attorneys for
     Defendants/Counterclaimants
     ROBERT LEE HOWER and
     AMI CHERI HOWER

Dated: December 22, 2005        TRAINOR ROBERTSON

By _____
     JOHN FAIRBROOKS
     ELANA RIBMAN
     Attorneys for
     Federal Agricultural Mortgage
     Corporation and Zions First
     National Bank

1  TRAINOR ROBERTSON
   JOHN D. FAIRBROOK (SBN 105115)
2  ELANA M. RIBMAN (SBN 194359)
   P.O. Box 255824
3  Sacramento, California 95865
   Telephone: (916) 929-7000
4  Facsimile: (916) 929-7111
   jms:3919002.380119.1
5
   Attorneys for FEDERAL AGRICULTURAL
6  MORTGAGE CORPORATION and ZIONS FIRST
   NATIONAL BANK, incorrectly sued as ZIONS
7  NATIONAL BANK

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  FEDERAL AGRICULTURAL              Case No. C 03-03721 VRW
    MORTGAGE CORPORATION,
12                                    **IDENTIFICATION OF JOINT CACI
            Plaintiff,               INSTRUCTIONS**
13
    v.
14                                    Pretrial Conference:  January 3, 2006
    IT'S A JUNGLE OUT THERE, INC., a  Time:                 3:00 p.m.
15  California corporation, dba VINTAGE  Courtroom:          G
    CAPITAL; ROBERT LEE HOWER and    Judge:                Hon. Bernard Zimmerman
16  AMI CHERI HOWER, individuals,
                                      Trial Date:           January 17, 2006
17          Defendants.

18  _____
    AND RELATED CROSS-ACTIONS
19

20

21

22

23

24

25

26

27

28

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

1    Plaintiff and Defendants have agreed to the following joint jury instructions:

2    CACI 303 (as modified)

3    CACI 315

4    CACI 316

5    CACI 317

6    CACI 318

7    CACI 358

8    CACI 1900

9    CACI 1901

10    CACI 1903

11    CACI 1904

12    CACI 1905

13    CACI 1907

14    Dated: December ___, 2005              Respectfully submitted,

15                                            TRAINOR ROBERTSON

16

17                                            By: _____

18                                                 JOHN D. FAIRBROOK

19

20    Dated: December ___, 2005              Respectfully submitted,

21                                            WILD, CAREY & FIFE

22

23                                            By: _____

24                                                 JOHN D. CAREY

25

26

27

28

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

**IDENTIFICATION OF JOINT CACI INSTRUCTIONS**
[Case No. C 03-03721 VRW]                                    -1-

## JOINT INSTRUCTION NO. _1_

### (Revised CACI 303, 12/22/05)

### BREACH OF CONTRACT – ESSENTIAL FACTUAL ELEMENTS

To recover damages for breach of contract from Vintage Capital, Farmer Mac must prove all of the following:

1. That Farmer Mac did all, or substantially all of the significant things that the contract required it to do; [or that Farmer Mac] was excused from having to do those things;

3. That all conditions required for Vintage Capital's performance had occurred;

4. That Vintage Capital failed to do something that the contract required it to do; and

5. That Farmer Mac was harmed by that failure.

Authority: Judicial Council of California, Civil Jury Instruction CACI No. 303 entitled *Breach of Contract - Essential Factual Elements*; *Regan Roofing Co., Inc. v. Superior Court* 24 Cal.App.4th 425, 434-35 (1994); *In re Sahuaro Petroleum & Asphalt Co.* 2002 WL 661724 (9th Cir. 2002). Underlined portions reflect substantive modification to instruction.

_____ Given          _____ Refused          _____ Given as Modified

## JOINT INSTRUCTION NO. 2

### (Revised CACI 303, 12/22/05)

## BREACH OF EXPRESS INDEMNITY - ESSENTIAL FACTUAL ELEMENTS

To recover damages for breach of express indemnity from Vintage Capital, Farmer Mac must prove all of the following:

1. That Farmer Mac did all, or substantially all of the significant things that the contract required it to do;

2. That all conditions required for Vintage Capital's performance had occurred;

3. That Vintage Capital failed to do something that the contract required it to do; and

4. That Farmer Mac sustained damages as a result of the default on the Ram Loan.

Authority: Judicial Council of California, Civil Jury Instruction CACI No.303 entitled *Breach of Contract - Essential Factual Elements;Four Star Electric, Inc. v. F & H Construction* 7 Cal.App.4th 1375, 1380 (1992).

_____ Given          _____ Refused          _____ Given as Modified

# JOINT INSTRUCTION NO. 3

## INTERPRETATION – MEANING OF ORDINARY WORDS

You should assume that the parties intended the words in their contract to have their usual and ordinary meaning unless you decide that the parties intended the words to have a special meaning.

Authorities: CACI 315

_____ Given          _____ Refused          _____ Given as Modified

## JOINT INSTRUCTION NO. 4

### INTERPRETATION – MEANING OF TECHNICAL WORDS

You should assume that the parties intended technical words used in the contract to have the meaning that is usually given to them by people who work in that technical field, unless you decide that the parties clearly used the words in a different sense.

Authority:     CACI 316

_____ Given          _____ Refused          _____ Given as Modified

## JOINT INSTRUCTION NO. 5

## INTERPRETATION – CONSTRUCTION OF CONTRACT AS A WHOLE

In deciding what the words of a contract meant to the parties, you should consider the whole contract, not just isolated parts. You should use each part to help you interpret the others, so that all the parts make sense when taken together.


<u>Authority:</u>     CACI 317


_____ Given          _____ Refused          _____ Given as Modified

## JOINT INSTRUCTION NO. 6

### DAMAGES – "OUT OF POCKET" RULE

If you decide that Farmer Mac has proved its claim against Vintage Capital, you also must decide how much money will reasonably compensate Farmer Mac for the harm. This compensation is called "damages."

The amount of damages must include an award for all harm that Vintage Capital was a substantial factor in causing, even if the particular harm could not have been anticipated.

Farmer Mac must prove the amount of its damages. However, Farmer Mac does not have to prove the exact amount of damages that will provide reasonable compensation for the harm. You must not speculate or guess in awarding damages.

To decide the amount of damages you must determine the fair market value of what it received.

["Fair market value" is the highest price that a willing buyer would have paid on the date of the transaction to a willing seller, assuming:

    1. That there is no pressure on either one to buy or sell; and

    2. That the buyer and seller know all the uses and purposes for which the [insert item] is reasonably capable of being used.]

Farmer Mac may also recover amounts that it reasonably spent in reliance on Vintage Capital's [false representation/failure to disclose/false promise] if those amounts would not otherwise have been spent.


Authorities: CACI 1923


_____ Given          _____ Refused          _____ Given as Modified

# JOINT INSTRUCTION NO. 7

### (Revised CACI 3705, 12/22/05)

### EXISTENCE OF "AGENCY" RELATIONSHIP DISPUTED

Farmer Mac claims that Anne Dennis was Vintage Capital's agent and that Vintage Capital is therefore responsible for Anne Dennis's conduct.

If Farmer Mac proves that Vintage Capital gave Anne Dennis authority to act on its behalf, then Anne Dennis was Vintage Capital's agent. This authority may be shown by words or may be implied by the parties' conduct. This authority cannot be shown by the words of Anne Dennis alone.

Authorities: CACI 3705

_____ Given          _____ Refused          _____ Given as Modified