UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al.,<br><br>        Defendant(s).<br>_____<br>IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al.,<br><br>        Counter-claimants,<br><br>    v.<br><br>FEDERAL AGRICULTURAL MORTGAGE CORP.,<br><br>        Counter-defendants.<br>_____ | No. C 03-3721 BZ<br><br>**DEFENDANTS' REQUESTED INSTRUCTIONS** |

Since it is not clear from the record which jury instructions the parties are currently requesting, attached are what the court understands to be all the non-joint jury instructions which the defendants are currently requesting. The numbers on the specially proposed instructions were added

1

```
 1  by the court, since the versions the court received were not
 2  numbered.  If defendants believe this attachment is
 3  incorrect, they must file a numbered set of all additional
 4  instructions they believe they are requesting in advance of
 5  the pretrial conference.
 6  Dated:   December 27, 2005
 7                                  _____
 8                                          Bernard Zimmerman
                                     United States Magistrate Judge
 9

10  G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\PRETRIAL\defendants's sep.wpd
```