UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br><br> Defendant(s). | No. C 03-3721 BZ <br><br><br> **PLAINTIFF'S REQUESTED INSTRUCTIONS** |
| IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br><br> Counter-claimants, <br><br> v. <br><br> FEDERAL AGRICULTURAL MORTGAGE CORP., <br><br> Counter-defendants. | |

Since it is not clear from the record which jury instructions the parties are currently requesting, attached are what the court understands to be all the non-joint jury instructions which the plaintiff is currently requesting. The numbers on the specially proposed instructions were added

1

by the court, since the versions the court received were not numbered.  If plaintiff believes this attachment is incorrect, it must file a numbered set of all additional instructions it believes it is requesting in advance of the pretrial conference.

Dated:   December 27, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\PRETRIAL\PLAINTIFF'S SEP.wpd