UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP.,<br><br>    Plaintiff(s),<br>  v.<br><br>IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al.,<br><br>    Defendant(s). | No. C 03-3721 VRW (BZ)<br><br>**ORDER ON OBJECTIONS TO EXHIBITS** |
| IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al.,<br><br>    Counter-claimants,<br>  v.<br><br>FEDERAL AGRICULTURAL MORTGAGE CORP.,<br><br>    Counter-claimants. | |

The parties are **ORDERED by noon on Thursday, January 5, 2006** to file revised objections to the exhibits which correspond to the numbered exhibits delivered to the court.

Dated: January 4, 2006

                                            Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\EXHIBITS.ORDER.wpd

1