# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FEDERAL AGRICULTURAL MORTGAGE CORP,**

    Plaintiff,

    v

**IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al,**

    Defendants.

---

**IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al,**

    Counterclaimants,

    v

**FEDERAL AGRICULTURAL MORTGAGE CORPORATION, et al,**

    Counterdefendants.

---

**IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al,**

No C 03-3721 VRW

ORDER

|   |   |
|---|---|
| 1 | Third-party plaintiffs, |
| 2 | v |
| 3 | STEWART TITLE GUARANTY CO, et al, |
| 4 | Third-party defendants. |
| 5 | _____/ |

Plaintiff/counterdefendant Federal Agricultural Mortgage Corporation ("Farmer Mac") and counterdefendant/third-party defendant Zions First National Bank ("Zions") move for sanctions against defendants/counterclaimants/third-party plaintiffs It's a Jungle Out There dba Vintage Capital ("Vintage") and its principals Robert and Ami Hower (the "Howers"), as well as their counsel of record. Doc #224. Farmer Mac and Zions further move *in limine* to exclude the testimony of experts retained by Vintage and the Howers. Doc #219-4.

Farmer Mac and Zions' motions are DENIED.

SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge