TRAINOR ROBERTSON
JOHN D. FAIRBROOK (SBN 105115)
ELANA M. RIBMAN (SBN 194359)
Post Office Box 255824
Sacramento, California 95865
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
dva:3919002.383007.1

Attorneys for FEDERAL AGRICULTURAL
MORTGAGE CORPORATION and ZIONS FIRST
NATIONAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IT'S A JUNGLE OUT THERE, INC., a California corporation, dba VINTAGE CAPITAL; ROBERT LEE HOWER and AMI CHERI HOWER, individuals,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. C 03-03721 BZ<br><br>[PROPOSED] ORDER RE ELECTRONICS IN THE COURTROOM<br><br>Trial Date: January 17, 2006<br>Time: 8:30 a.m.<br>Dept: Courtroom G, 15th Floor |

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

I.

## PLAINTIFF'S REQUEST REGARDING ELECTRONIC EQUIPMENT

The trial in the above referenced matter is scheduled to commence on January 17, 2006 at 8:30 a.m. in Courtroom G, Fifteenth Floor, of the U.S. District Court located at 450 Golden Gate Avenue, San Francisco, California. Mr. Will Price of Trial Tactics will be supporting attorneys John D. Fairbrook and Elana M. Ribman in the presentation of evidence. It is hereby requested that Will Price be granted permission to enter the Courthouse during trial with the following equipment for the above-stated purpose:

1. Five (5) Viewsonic 15-inch Monitors;
2. One (1) Altinex Multitasker Switcher;
3. One (1) Dalite 7-ft. Screen;
4. Two (2) Dalite Projector Tables;
5. Six (6) Plastic Bins of A/V Cables;
6. One (1) Plastic Bin containing Altinex Distribution Amps;
7. Three (3) Anchor Speakers w/Stand;
8. One (1) Elmo HV5100XG;
9. One (1) Gateway Laptop;
10. One (1) HP 1020 Laserjet Printer;
11. One (1) Epson 7900 Projector; and
12. One (1) Iceberg Projector Table.

Dated: January 10, 2006                TRAINOR ROBERTSON

By _____Elana M. Ribman_____
ELANA M. RIBMAN

///
///
///
///

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Will Price is hereby granted permission to enter the courthouse, and Courtroom G, Fifteenth Floor, specifically, with the above-referenced electronics beginning January 17, 2006 and continuing throughout the trial of the above-referenced matter.

Dated: January 11, 2006

_____
HONORABLE BERNARD ZIMMERMAN
United States District Court Magistrate Judge

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111