1
2
3
4        UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7   Federal Agricultural Mortgage Corp.,              Case No. C03-3721 BZ
8              Plaintiff(s),
9        v.                                           **ORDER**
10  It's A Jungle Out There, et al.,
11             Defendant(s).
12  _____/
13        IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall
14  furnish daily morning refreshments and pastries for the members of the jury in the above-entitled
15  matter beginning **Friday, January 27, 2006,** for the duration of the trial, and lunch during jury
16  deliberations, at the expense of the United States.  The trial will be held in Courtroom G , 15th
17  Floor, 450 Golden Gate Avenue, San Francisco, California 94102.
18        IT IS SO ORDERED.
19
20  Dated:  January 26, 2006
21
22                                          BERNARD ZIMMERMAN
23                                          U.S. MAGISTRATE JUDGE
24
25
26
27
28