UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br><br> Defendant(s). <br><br> AND RELATED THIRD-PARTY CLAIM. | No. C 03-3721 VRW (BZ) <br><br> **PROPOSED FINAL JURY INSTRUCTIONS** |

The Court proposes delivering the following Jury Instructions to the jury at the end of the case.

DATED: January 27, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

g:/bzall/-bzcases/federal agriculture/trial/proposed final jury instructions

1