UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP., | ) ) ) | No. C 03-3721 BZ |
| Plaintiff(s), | ) ) | |
| v. | ) ) | |
| IT'S A JUNGLE OUT THERE , INC dba VINTAGE CAPITAL, et al., | ) ) ) ) | **ORDER** |
| Defendant(s). | ) ) | |
| AND RELATED CLAIMS. | ) ) ) ) ) ) | |

**IT IS HEREBY ORDERED** that counsel for Vintage Capital and the Howers shall by **Friday, February 17, 2006** lodge with the court a proposed form of final judgment pursuant to Rule 54(b) which disposes of all claims involving all parties to this litigation. A chambers copy of the proposed form of final judgment shall be submitted by e-mail in WordPerfect format to the following address: bzpo@cand.uscourts.gov or delivered directly to Magistrate Judge Zimmerman's chambers

1　(Room 15-6688) on a diskette formatted in WordPerfect 6, 8, 9

2　or 10.　The diskette shall be scanned for virus before

3　submission.

4　DATED:　February 8, 2006

5　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25　g:\bzall\federal Agriculture Mortgage.order re final judgment.wpd

26

27

28