UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP., <br><br> Plaintiff(s), <br> v. <br><br> IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br><br> Defendant(s). <br><br> AND RELATED CLAIMS. | No. C 03-3721 BZ <br><br> **ORDER ON RULE 50 MOTIONS** |

Having taken Rule 50 motions under submission, the Court rules as follows:

1. Plaintiff's motion on defendants' indemnity claim on the grounds of insufficient evidence is **DENIED**.

2. Plaintiff's motion on defendants' defense of mitigation of damages is **DENIED**.

3. Defendants' motion on the grounds that plaintiff failed to meet its burden for punitive damages is **DENIED as moot** in light of the jury's verdict.

4. Defendants' motion on the fraud claim on the grounds

1

1 | of insufficient evidence is **DENIED as moot** in light of
2 | the jury's verdict.

Dated: February 8, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\RULE50.ORDER.wpd