UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br><br> Defendant(s). <br><br> AND RELATED CLAIMS. | No. C 03-3721 BZ <br><br> **ORDER SCHEDULING HEARING ON COUNTERCLAIMANTS' MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on counterclaimants' motion for default judgment is set for **Wednesday, March 8, 2006,** at 3:00 p.m. in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Counterdefendants should attend the hearing if they contest the validity or amount of counterclaimants' claim.

G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\DEF.SCH.ORD.wpd

| | |
|---|---|
| 1 | Counterclaimants shall serve a copy of their motion for |
| 2 | default judgment and this Order on each counterdefendant. |
| 3 | Seven days before the hearing, on **Wednesday, March 1, 2006**, |
| 4 | counterclaimants shall file proof of service or a declaration |
| 5 | setting forth in detail all steps taken to serve |
| 6 | counterdefendants. |
| 7 | DATED: February 10, 2006 |
| 8 | _____ |
| 9 | Bernard Zimmerman<br>United States Magistrate Judge |