1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  FEDERAL AGRICULTURAL          )
    MORTGAGE CORP.,               )
12                                )      No. C 03-3721 BZ
              Plaintiff(s),       )
13        v.                      )      **ORDER GRANTING EX PARTE**
                                  )      **APPLICATION**
14  IT'S A JUNGLE OUT THERE ,     )
    INC dba VINTAGE CAPITAL,      )
15  et al.,                       )
                                  )
16            Defendant(s).       )
    _____)
17                                )
    AND RELATED CLAIMS.           )
18                                )
                                  )
19                                )
    _____)
20

21        There being no opposition, **IT IS ORDERED** that the ex

22  parte application of Ram Investment, LLC, Kulwinder Singh

23  Sidhu and Devinder Singh Sidhu to continue the hearing on the

24  motion for default judgment is **GRANTED** and the hearing

25  scheduled for April 5, 2006 is **CONTINUED** to **April 19, 2006,**

26  **at 10:00 a.m.,** Courtroom G, 15th Floor, Federal Building, 450

27  Golden Gate Avenue, San Francisco, California 94102.  Any

28  opposition to the Ram motions shall be filed by **April 10,**

                                  1

**2006.** Any reply shall be filed by **April 13, 2006.** A chambers copy of all briefs shall be submitted on a diskette formatted in WordPerfect 6, 8, 9 or 10 or may be e-mailed to the following address: bzpo@cand.uscourt.gov

DATED: April 4, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\CONTINUE.ORDER.wpd