UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL AGRICULTURAL MORTGAGE CORPORATION,

        Plaintiff(s),

    v.

IT'S A JUNGLE OUT THERE, INC., ET AL.,

        Defendant(s).

No. C-03-3721 BZ (JCS)

**ORDER RE SETTLEMENT PROCEEDINGS**

**(E-FILING CASE)**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to the undersigned for settlement purposes.

IT IS HEREBY ORDERED that **no later than April 17, 2006**, each party shall fax to the undersigned (at 415-522-3636) a letter indicating: (1) *which* parties should participate in a settlement conference; (2) *why* those parties should participate; and (3) the name(s) of the individual(s) with unlimited settlement authority who will attend the settlement conference on behalf of that party. The letters shall **not** be filed.

After receipt of the above-mentioned letters, this Court will schedule a date for the Settlement Conference and issue an order regarding preparations and requirements for the conference.

IT IS SO ORDERED.

Dated: April 6, 2006

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge