UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP., <br> Plaintiff(s), <br> v. <br> IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br> Defendant(s). <br><br> AND RELATED CLAIMS. | No. C 03-3721 BZ <br><br> **SETTLEMENT REFERRAL** |

**IT IS HEREBY ORDERED** that this case is referred to the Honorable Joseph Spero to conduct a settlement conference as soon as his calendar permits. All parties to this lawsuit shall participate unless specifically excused by Judge Spero.

DATED: April 11, 2006

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\settlement.referral.wpd

1