1  WILD, CAREY & FIFE
   JOHN E. CAREY, JR. (SBN 065388)
2  SUSAN A. BUSH (SBN 110906)
   WILD, CAREY & FIFE
3  120 Montgomery Street, Suite 1000
   San Francisco, CA 94104-4313
4  Telephone: (415) 837-3101
   Attorneys for Defendants/Counterclaimants
5  IT'S A JUNGLE OUT THERE, INC.,
   ROBERT LEE HOWER and AMI CHERI HOWER
6

7  BARDELLINI, STRAW & CAVIN
   LEE P. BARDELLINI (SBN 53108)
8  3160 Crow Canyon Road, Suite 295
   San Ramon, CA 94583
9  Telephone: (925) 277-3580
   Attorneys for NEW CENTURY TITLE COMPANY
10

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
   FEDERAL AGRICULTURAL           )   Case No. C-03-3721 BZ
14 MORTGAGE CORPORATION,          )
                                  )
15         Plaintiffs,            )   STIPULATION TO CONTINUE
                                  )   HEARING DATE ON MOTION
16    v.                          )   FOR AWARD OF ATTORNEY
                                  )   FEES
17 IT'S A JUNGLE OUT THERE, INC., a)
   California corporation, dba VINTAGE)
18 CAPITAL; ROBERT LEE HOWER and  )
   AMI CHERI HOWER, individuals,  )
19                                )
           Defendants.            )
20                                )
                                  )
21 AND RELATED CROSS ACTIONS      )
                                  )
22 ___

23       COME NOW, IT'S A JUNGLE OUT THERE, INC., dba VINTAGE CAPITAL,

24 ROBERT LEE HOWER and AMI CHERI HOWER and NEW CENTURY TITLE

25 COMPANY, by and through their attorneys of record, and hereby stipulate as

26 follows:

27 / / /

28

## STIPULATION

The parties referred to above hereby agree to continue the hearing date on Third Party Defendant New Century Title Company's motion for award of attorney's fees and costs filed on March 1, 2006 (Document 382) from April 19, 2006 at 10:00 a.m. in Courtroom G to May 3, 2006 at 10:00 a.m. in Courtroom G.

Dated: April 4, 2006

Respectfully submitted,

WILD, CAREY & FIFE

By: _____
JOHN E. CAREY, JR. /SUSAN A. BUSH
Attorneys for IT'S A JUNGLE OUT THERE, INC., dba VINTAGE CAPITAL ROBERT LEE HOWER and AMI CHERI HOWER

Dated: April 4, 2006

Respectfully submitted,

BARDELLINI, STRAW & CAVIN

By: _____
LEE BARDELLINI
Attorneys for NEW CENTURY TITLE COMPANY

IT IS SO ORDERED.

Dated: April 21, 2006                 _____
                                       BERNARD ZIMMERMAN
                                       United States Magistrate Judge

HEARING IS CONTINUED TO MAY 10, 2006 AT 10:00 A.M.

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA