```
 1   WILD, CAREY & FIFE
     JOHN E. CAREY, JR. (SBN 065388)
 2   SUSAN A. BUSH (SBN 110906)
     WILD, CAREY & FIFE
 3   120 Montgomery Street, Suite 1000
     San Francisco, CA 94104-4313
 4   Telephone: (415) 837-3101
     Attorneys for Defendants/Counterclaimants
 5   IT'S A JUNGLE OUT THERE, INC.,
     ROBERT LEE HOWER and AMI CHERI HOWER
 6

 7   J. WESLEY SMITH (SBN 172878)
     J. SCOTT ISHERWOOD (SBN 178573)
 8   TONYA R. DRAEGER 9SBN 223047)
     MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
 9   PHALZER, BORGES & BROTHERS LLP
     1211 Newell Avenue
10   Post Office Box 5288
     Walnut Creek, CA 94596
11   Telephone: (925) 939-5330
     Facsimile: (925) 939-0203
12
     Attorneys for Defendant RAM INVESTMENTS, LLC; KULWINDER ("CALVIN") S.
13   SIDHU; and DEVINDER ("DAVID") S. SIDHU
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, | Case No. C-03-3721 BZ |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE HEARING DATE ON MOTION TO SET ASIDE DEFAULT |
| v. | |
| IT'S A JUNGLE OUT THERE, INC., a California corporation, dba VINTAGE CAPITAL; ROBERT LEE HOWER and AMI CHERI HOWER, individuals, | |
| Defendants. | |
| AND RELATED CROSS ACTIONS | |

COME NOW, IT'S A JUNGLE OUT THERE, INC., dba VINTAGE CAPITAL, ROBERT LEE HOWER and AMI CHERI HOWER and RAM Investments, LLC,

---

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO SET ASIDE DEFAULT CASE NO. C 03-3721 BZ    1

Kulwinder Singh Sidhu and Devinder Singh Sidhu by and through their attorneys of record, and hereby stipulate as follows:

### STIPULATION

The parties referred to above hereby agree to continue the hearing date on Third Party Defendants RAM Investments, LLC, Kulwinder Singh Sidhu and Devinder Singh Sidhu Motion to Set Aside Default filed April 3, 2006 (Document 408) from April 19, 2006 at 10:00 a.m. in Courtroom G to May 3, 2006 at 10:00 a.m. in Courtroom G.

The parties further agree any opposition to the motion shall be filed by April 17, 2006. Any reply shall be filed by April 27, 2006.

Dated: April 4, 2006

WILD, CAREY & FIFE

By: _____
JOHN E. CAREY, JR./SUSAN A. BUSH
Attorneys for IT'S A JUNGLE OUT THERE, INC., dba VINTAGE CAPITAL; ROBERT LEE HOWER and AMI CHERI HOWER

Dated: April 4, 2006

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
J. WESLEY SMITH
Attorneys for RAM INVESTMENTS, LLC; KULWINDER S. SIDHU, and DEVINDER S. SIDHU

IT IS SO ORDERED.

Dated: April 21, 2006
Hearing is continued to May 10, 2006 at 10:00 a.m.

_____
BERN
United States
IT IS SO ORDERED
Judge Bernard Zimmerman

STIPULATION TO CONTINUE HEARING DATE ON MOTION TO SET ASIDE DEFAULT CASE NO. C 03-3721 BZ    2