**TRAINOR · ROBERTSON**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700

CHARLES W. TRAINOR
JOHN D. FAIRBROOK
ANTHONY A. AROSTEGUI
COLBY A. CAMPBELL
CANDICE B. HARPER
GARY M. FUNAMURA
NANCY HOTCHKISS
WILLIAM H. DAVIS
LISA LAURITZEN DITORA
JENNIFER L. PRUSKI
KATHERINE J. HART
ELANA M. RIBMAN
DANIEL M. STEINBERG
SYLVIA K. HAMERSLEY
THERESA LE FAN

OF COUNSEL
ROBERT K. BEST

TELEPHONE
(916) 929-7000

FACSIMILE
(916) 929-7111

WWW.TRAINORROBERTSON.COM

April 26, 2006

FACSIMILE (415) 522-3636

Magistrate Judge Joseph C. Spero
U.S. District Court
450 Golden Gate Avenue
San Francisco, California 94102

    Re:   Federal Agricultural Mortgage Corporation v. It's a Jungle Out There, et al.; U.S.D.C. Case No. 03- CV-03721

Dear Judge Spero:

    This office represents the Plaintiff, Federal Agricultural Mortgage Corporation ("Farmer Mac"), and its central servicer, Third-Party Defendant Zions First National Bank ("Zions") in connection with the above-referenced matter. In the interests of economy and convenience, we are writing to respectfully request permission for a representative of Zions First National Bank to appear at the May 18, 2006 Settlement Conference via telephone standby in lieu of a personal appearance.

    Third-Party Defendant Zions, and its corporate representative, Rod Avey, reside in Iowa. Pursuant to a defense and indemnity agreement, Zions has throughout this litigation been defended by Farmer Mac. In this regard, Farmer Mac's corporate representative, who will be personally appearing, will have full settlement authority *viz a viz* both Farmer Mac and Zions. To the extent issues arise involving Zions, its corporate representative, Rod Avey, would be available at all times during this conference by telephone standby. Nonetheless, it is observed that the Farmer Mac Judgment filed by the Court in this case already reflects a full credit to the Defendants of the amount owing by Zions in connection with Defendants' indemnity claim in the form of a $124,496.40 offset of Farmer Mac's judgment against Robert Hower. (Document 365, Farmer Mac Judgment.) Quite simply, having fully satisfied Zions' obligation to the Defendants in this case in the form of an offset, nothing further would be served by requiring this out-of-state party to personally appear at this settlement conference.

Magistrate Judge Joseph C. Spero
Re:   Federal Agricultural Mortgage Corporation v. It's a Jungle Out There, et al.
      U.S.D.C. Case No. 03- CV-03721
April 26, 2006
Page 2


      Accordingly, on behalf of both Farmer Mac and Zions, it is respectfully requested that Zions be permitted to attend this further settlement conference via telephone standby. Thank you for your consideration of this request.

                                                  Very truly yours,

                                                  Elana M. Ribman

EMR:jms
cc:   John E. Carey, Esquire
      Mark D. Eptstein, Esquire
      Lee P. Bardellini, Esquire
      J. Wesley Smith, Esquire
3919002.405334.1

Dated: April 28, 2006

