# TRAINOR · ROBERTSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700

CHARLES W. TRAINOR
JOHN D. FAIRBROOK
ANTHONY A. AROSTEGUI
COLBY A. CAMPBELL
CANDICE B. HARPER
GARY M. FUNAMURA
NANCY HOTCHKISS
WILLIAM H. DAVIS
LISA LAURITZEN DITORA
JENNIFER L. PRUSKI
KATHERINE J. HART
ELANA M. RIBMAN
DANIEL M. STEINBERG
SYLVIA K. HAMERSLEY
THERESA LE FAN

OF COUNSEL
ROBERT K. BEST

TELEPHONE
(916) 929-7000

FACSIMILE
(916) 929-7111

WWW.TRAINORROBERTSON.COM

May 4, 2006

The Honorable Bernard Zimmerman
United States District Court, Northern District
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    Federal Agricultural Mortgage Corporation v. It's A Jungle Out There, et al., U.S.D.C. Case No. 03-03721
           <u>Request to Appear Via Telephone</u>

Dear Judge Zimmerman:

    As you know, this office represents Federal Agricultural Mortgage Corporation and Zions First National Bank in connection with the above referenced matter. It is our understanding that the hearing regarding Counterclaimants' Motion to Set Aside Default Judgment, together with two other matters filed by Stewart Title Guaranty Company and New Century Title Company which relate to their motions for costs and fees, are scheduled to occur on May 10, 2006 at 10:00 a.m. (See Doc. No. 439.) We are writing to respectfully request permission for Farmer Mac and Zions to attend this hearing via telephone conference.

    Thank you for your consideration of this request.

Respectfully submitted,

*Elana M. Ribman*

Elana M. Ribman

5/5/06
Ms. Ribman to
call court at
10:15 a.m. at
415-522-4093.


GRANTED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

EMR:mls
cc:    John E. Carey, Jr., Esquire
       Lee P. Bardellini, Esquire
       Mark D. Epstein, Esquire
       J. Wesley Smith, Esquire
3919002.406989.1