UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br><br> Defendant(s). <br><br> AND RELATED CLAIMS. | No. C 03-3721 BZ <br><br> **ORDER GRANTING NEW CENTURY'S MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS** |

After the Clerk of this court taxed costs according to the objections of It's a Jungle Out There, Inc. dba Vintage Capital and its principals Robert Lee Hower and Ami Cheri Hower (collectively "Vintage Capital"), third party defendant New Century Title Company ("New Century") filed this motion for review, arguing that the Clerk improperly reduced costs from New Century's requested amount of $4,207.53 to $2,774.03. Vintage Capital claims the depositions of Rodney

1

1  Avey and Mark Rickels were not "necessarily obtained for use
2  in the case."  28 U.S.C. § 1920(2).  New Century counters
3  that Avey and Rickels were key persons at Zions National Bank
4  ("Zions"), whose depositions were necessary to establish the
5  parties to the escrow agreement.  Bardellini Decl. ¶ 3.
6  Courts have ruled that "depositions are not obtained
7  unnecessarily even if they are not essential to the court's
8  final resolution of the case."  In re Aviva Gelato, Inc., 94
9  B.R. 622, 625 (B.A.P. 9th Cir. 1988)(construing necessary
10 costs which are taxable under Federal Rule of Civil Procedure
11 54(d)).  The court reviews the Clerk's taxation of costs de
12 novo.  Lopez v. San Francisco Unified School Dist., 385
13 F.Supp.2d 981, 1001 (N.D. Cal. 2005).

Avey testified at the trial, and New Century used portions of his deposition in its statement of facts for its summary judgment motion.  At the time of Rickels' deposition, his testimony, as a Zions employee with responsibility for the Vintage Capital matter at issue in the case, was necessary.  Aviva, 94 B.R. at 625 ("a trial court should make the determination [of whether a cost is necessary] in light of the situation existing at the time the deposition was taken").  Therefore, even if the court did not explicitly rely on Avey's and Rickels' depositions to grant summary judgment, their depositions were necessarily obtained.  **IT IS HEREBY ORDERED** that New Century's motion is **GRANTED** and the Clerk shall tax costs in the amount of $4,207.53.  Because

///

///

the court finds no need for further argument, **IT IS FURTHER ORDERED** that the hearing scheduled for May 10, 2006 is **VACATED.**

DATED: May 8, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\POSTTRIAL\COSTS\NC.TAXCOSTS.ORDER.wpd