UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORP., <br> Plaintiff(s), <br> v. <br> IT'S A JUNGLE OUT THERE, INC dba VINTAGE CAPITAL, et al., <br> Defendant(s). <br><br> AND RELATED CLAIMS. | No. C 03-3721 BZ <br><br> **CONDITIONAL ORDER OF DISMISSAL** |

The Court having been advised that the parties to this matter have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may,

///

///

///

1

within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

DATED: June 5, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FEDERAL AGRICULTURE MORTGAGE CORP\COND.DISMISS.ORDER.wpd